UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| CAROLYNN CLEMONS,<br><br>    Plaintiff,<br><br>V.<br><br>CHECKREDI OF KENTUCKY, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 5:15-358-KKC<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court following Plaintiff Carolynn Clemons' Notice of Voluntary Dismissal of her claims with prejudice. (DE 4). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff has notified the Court of settlement in this matter and has advised the Court of her intent to dismiss all pending claims with prejudice.

Accordingly, **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from this Court's active docket.

Dated February 29, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY